IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00205-CR

 

EX PARTE Damion Nelson

 

 



Original
Proceeding

 



MEMORANDUM 
Opinion



 








          Damion
Nelson filed a writ of habeas corpus concerning a pre-adjudication application
for relief pursuant to Article 11.08 of the Texas Code of Criminal
Procedure.  Tex. Code Crim. Proc. Ann. art. 11.08 (Vernon 1977). 

          Nelson
filed the writ with this Court because he believed we have jurisdiction to
issue writs per our opinion in In re
Piper, 105 S.W.3d 107, 110 (Tex. App.—Waco 2003, orig. proceeding).  However, this Court is not a “district
court.”  This Court is an intermediate appellate
court and has no authority to issue this type of pre-trial writ of habeas
corpus.  See Tex. Code Crim. Proc.
Ann. art. 11.05 (Vernon 1977); see also Tex. Const. art. V, § 6.

          Accordingly,
the writ of habeas corpus is dismissed for want of jurisdiction.

 

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

Before
Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Writ
dismissed

Opinion
delivered and filed April 27, 2005

Do
not publish

[OT06]